G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA  94608
Telephone:  (510) 740-1500
Facsimile:   (510) 740-1501

Attorneys for Defendant
**THE TRAVELERS  INDEMNITY**
**COMPANY OF CONNECTICUT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MINAMI TAMAKI, L.L.P.<br><br>                        Plaintiff,<br><br>        vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and DOES 1-50, INCLUSIVE,<br><br>                        Defendants. | **CASE NO. CV 12-05374-SBA**<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON**<br><br>[Rule 41(a)(2), Fed. R.Civ.P.] |

    1.    WHEREAS, the parties to this action have executed a Confidential

Settlement Agreement and General Release In Full.

    2.    The parties to this action agree, through their respective attorneys, that

Plaintiff Minami Tamaki, L.L.P., hereby dismisses this action in its entirety, with

///

///

///

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA  94608
(510) 740-1500

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**

**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
ATTORNEYS AT LAW
2000 POWELL STREET, SUITE 900
EMERYVILLE, CALIFORNIA 94608
(510) 740-1500

1

2  prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2), each side bearing

3  its own costs.

4  **IT IS SO STIPULATED.**

5

6  Dated:  December _____, 2012          MANNION & LOWE, A Professional
                                        Corporation

7

8  By: _____
                                            Wesley M. Lowe

9

10  Attorneys for Plaintiff MINAMI TAMAKI,
    L.L.P.

11

12  Dated:  December _____, 2012          FORAN GLENNON PALANDECH
                                          PONZI & RUDLOFF PC

13

14  By: _____
                                            G. Edward Rudloff, Jr.

15

16  Attorney for Defendant THE TRAVELERS
    INDEMNITY COMPANY
    OF CONNECTICUT

17

18                         **ORDER OF DISMISSAL**

19

20       Based on the above-stated stipulation, and good cause otherwise appearing,

21  IT IS ORDERED that this action is dismissed with prejudice.

22

23  DATED:  December 21, 2012

    _____

24  Saundra Brown Armstrong
    UNITED STATES DISTRICT JUDGE

25

26

27

28

**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**