G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501

Attorneys for Defendant
**THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| MINAMI TAMAKI, L.L.P.<br><br>Plaintiff,<br><br>vs.<br><br>THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and DOES 1-50, INCLUSIVE,<br><br>Defendants. | **CASE NO. CV 12-05374-SBA**<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; AND ORDER THEREON**<br><br>[Rule 41(a)(2), Fed. R.Civ.P.] |

1. WHEREAS, the parties to this action have executed a Confidential Settlement Agreement and General Release In Full.

2. The parties to this action agree, through their respective attorneys, that Plaintiff Minami Tamaki, L.L.P., hereby dismisses this action in its entirety, with

///

///

///

- 1 -
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**

prejudice, under Federal Rules of Civil Procedure, Rule 41(a)(2), each side bearing its own costs.

**IT IS SO STIPULATED.**

Dated: December ____, 2012     MANNION & LOWE, A Professional Corporation

By: _____
       Wesley M. Lowe

Attorneys for Plaintiff MINAMI TAMAKI, L.L.P.

Dated: December ____, 2012     FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____
       G. Edward Rudloff, Jr.

Attorney for Defendant THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT

## ORDER OF DISMISSAL

Based on the above-stated stipulation, and good cause otherwise appearing, IT IS ORDERED that this action is dismissed with prejudice.

DATED: December 21, 2012

_/s/ Saundra B. Armstrong_

Saundra Brown Armstrong
UNITED STATES DISTRICT JUDGE

- 2 -
**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE; ORDER THEREON**